## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| North Dakota Board of University and School Lands and the North Dakota Office of State Engineer, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| United States Department of the Interior; David Bernhardt, in his capacity as Secretary of the Interior; United States Bureau of Land Management; William Pendley, in his capacity as acting director of the United States Bureau of Land Management and its Deputy Director for Policy and Programs; John Mehlhoff, in his capacity as the Bureau of Land Management's State Director for Montana and the Dakotas; and the Interior Board of Land Appeals, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:20-cv-185 |
| Defendants. | ) | |

On November 19, 2020, the parties filed a Joint Motion to Stay. The parties request that this case be stayed pending the court's ruling on pending dispositive motions in Continental Resources, Inc. v. North Dakota Board of University and School Lands, et al., No. 1:17-cv-00014-DLH-CRH, as this case involves the same legal dispute. In the interest of judicial economy and for good cause shown, the court **GRANT**S the parties' motion (Doc. No. 4). This case is stayed pending further order of the court. The parties shall file a joint status report proposing further proceedings in this case within 21 days of an order addressing the parties' pending motions in Continental Resources, Inc.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court