# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota Board of University and School Lands, and North Dakota Office of State Engineer,<br><br>        Plaintiffs,<br><br>v.<br><br>United States Department of Interior, David Bernhardt, in his capacity as Secretary of the United States Department of the Interior, United States Bureau of Land Management, William Pendley, in his capacity as acting director of the United States Bureau of Land Management and its Deputy Director for Policy and Programs, John Mehlhoff, in his capacity as the Bureau of Land Management's State Director for Montana and the Dakotas, and the Interior Board of Land Appeals,<br><br>        Defendants. | **ORDER SETTING DEADLINES TO SUBMIT STATUS REPORT**<br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 1:20-cv-00185 |

On August 22, 2025, the parties submitted a *Joint Notice and Proposal to Submit a Joint Status Report*. (Doc. No. 20). Therein, the parties advised that they have been engaged in discussion regarding the possibility of a stipulated resolution in light of the *Continental* litigation. *See Continental Resources, Inc. v. United States et al.*, 8th Cir. No. 23-2249 (mandate issued Aug. 1, 2025). As such, the parties request additional time to explore stipulated resolution and propose the submission of a joint status report due by October 22, 2025.

Based on the parties' joint notice, the court **ORDERS** that the parties submit a joint status report updating the Court on the status of the stipulated resolution discussions and proposing a schedule for any further proceedings by October 22, 2025.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
