IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NORTH DAKOTA BOARD OF UNIVERSITY AND SCHOOL LANDS and the NORTH DAKOTA OFFICE OF STATE ENGINEER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | **ORDER**<br><br>Case No. 1:20-cv-185 |

Before the Court is Defendants' Motion to Stay Deadlines Due to Lapse in Appropriations. (Doc. No. 22). The reason for the requested stay is the failure of Congress to pass a budget and the resulting lapse in appropriations and government shutdown. Absent an appropriation, Department of Justice attorneys are prohibited by law from working during the shutdown absent very limited circumstances not present here. 31 U.S.C. § 1342.

The Court has carefully reviewed the motion and the entire record and finds the United States has demonstrated good cause for the grant of a stay. Accordingly, Defendants' motion (Doc. No. 22) is **GRANTED**. The Court **ORDERS**:

(1)   all case deadlines are stayed until further order of the Court; and

(2)   Defendants shall file a motion to lift the stay once Congress has restored appropriations.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2025.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court